UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** CR 15-340 JRT/LIB |
| Plaintiff, | 18 U.S.C. § 2252A(a)(2)(A)<br>18 U.S.C. § 2252A(a)(5)(B) |
| v. | 18 U.S.C. § 2252A(b)(1)<br>18 U.S.C. § 2252A(b)(2) |
| DANNY JAMES HEINRICH, | 18 U.S.C. § 2256(8)(A)<br>18 U.S.C. § 2256(8)(C) |
| Defendant. | 18 U.S.C. § 2253(a) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## INTRODUCTION

1. At all times relevant to this Indictment, Danny James Heinrich ("the defendant") was a resident of the State and District of Minnesota.

2. On or about July 28, 2015, law enforcement officers executed a search warrant at the Defendant's Wright County, Minnesota residence. During the execution of the search warrant, officers recovered numerous images of suspected child pornography. The images were organized into separate collections of child pornography within numerous three-ring binders located throughout the defendant's residence. For the purpose of maintaining an accurate inventory, law enforcement officers assigned numbers to and labeled each binder. For the purpose of this Indictment, the materials contained in the binders are referred to as "printed material."

SCANNED
DEC 16 2015
U.S. DISTRICT COURT MPLS

3. More images of child pornography were recovered from the hard-drive of a desktop computer, described as a Gateway Desktop Computer, Model 510XL, Serial No. 1099991119, located in the basement of defendant's residence. For the purpose of this Indictment, the materials contained in the computer are referred to as "digital material" and the images are referenced by the file names associated with that image as stored in the hard drive.

**COUNTS 1 -10**

(Possession of Child Pornography – Printed Material)

On or about July 28, 2015, in the State and District of Minnesota, the defendant,

**DANNY JAMES HEINRICH,**

did knowingly possess and access with intent to view any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer and that was produced using materials that have been mailed and shipped and transported in and affecting interstate and foreign commerce by any means including by computer, and include, and are not limited to, the specific images referenced herein, to wit:

| Count | Binder | Page (Approximate) | Image |
|---|---|---|---|
| 1 | SD29770-1 | 41 | Image 1 |
| | | 42 | Image 2 |
| 2 | SD29784-1 | 70 | Image 4 |
| 3 | SD29784-3 | 66 | Image 7 |

| | | | |
|---|---|---|---|
| 4 | SD29784-4 | 2 | Image 8 |
| 5 | SD29784-5 | 53 | Image 10 |
| 6 | SD29784-7 | 18 | Image 11 |
| 7 | SD29784-10 | 4 | Image 16 |
| 8 | SD29784-13 | 57 | Image 18 |
| 9 | SD29784-18 | 24 | Image 20 |
| 10 | SD29785-3 | 51 | Image 22 |

all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B); 2252A(b)(2) and 2256(8)(A).

**COUNTS 11-14**

(Possession of Child Pornography – Victim under 12 – Printed Material)

On or about July 28, 2015, in the State and District of Minnesota, the defendant,

**DANNY JAMES HEINRICH,**

did knowingly possess and access with intent to view any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that involved a prepubescent minor who had not attained 12 years of age that has been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer and that was produced using materials that have been mailed and shipped and transported in and affecting interstate and foreign commerce by any means including by computer, and include, and are not limited to, the specific images referenced herein, to wit:

| Count | Binder | Page (Approximate) | Image |
|---|---|---|---|
| 11 | SD29770-2 | 45 | Image 3 |
| 12 | SD29784-1 | 106 | Image 5 |

| | | | |
|---|---|---|---|
| | SD29784-1 | 108 | Image 6 |
| 13 | SD29784-5 | 43 | Image 9 |
| 14 | SD29785-3 | 29 | Image 21 |

all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B); 2252A(b)(2) and 2256(8)(A).

**COUNT 15**

(Possession of Child Pornography – Morphed Image – Printed Material)

On or about July 28, 2015, in the State and District of Minnesota, the defendant,

**DANNY JAMES HEINRICH,**

did knowingly possess and access with intent to view any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed and shipped and transported in and affecting interstate and foreign commerce by any means including by computer, and include, and are not limited to, the specific images referenced herein, to wit:

| Binder | Page (Approximate) | Image |
|---|---|---|
| SD29784-8 | 23 | Image 12 |
| SD29784-8 | 38 | Image 13 |
| SD29784-8 | 64 | Image 14 |
| SD29784-8 | 65 | Image 15 |

all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B); 2252A(b)(2) and 2256(8)(C).

**COUNT 16**

(Receipt of Child Pornography (Printed Material))

On or about the dates set forth below, in the State and District of Minnesota, the defendant,

**DANNY JAMES HEINRICH,**

did knowingly receive any child pornography that has been shipped and transported in interstate and foreign commerce by any means, including by computer, and include, and are not limited to, the specific images referenced herein, to wit:

| Count | Date | Binder | Page (Approximate) | Image |
|---|---|---|---|---|
| 16 | October 30, 2009 | SD29784-10 | 70 | Image 17 |
| | October 30, 2009 | SD29784-13 | 59 | Image 19 |

all in violation of Title 18, United States Code, Sections 2252A(a)(2)(A); 2252A(b)(1) and 2256(8)(A).

**COUNT 17**

(Possession of Child Pornography – Digital Material)

On or about July 28, 2015, in the State and District of Minnesota, the defendant,

**DANNY JAMES HEINRICH,**

did knowingly possess and access with intent to view any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child

pornography that has been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer and that was produced using materials that have been mailed and shipped and transported in and affecting interstate and foreign commerce by any means including by computer, and include, and are not limited to, the following images:

a) 126.jpg.jpg;

b) cas16.jpg.jpg;

c) cas51.jpg.jpg;

d) cas52.jpg.jpg;

e) cas53.jpg.jpg;

f) cas55.jpg.jpg;

g) cas57.jpg.jpg;

h) cas58.jpg.jpg;

i) faw27.jpg;

j) faw29.jpg;

k) lod 412.jpg;

l) raw113.jpg.jpg; and

all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B); 2252A(b)(2) and 2256(8)(A).

**COUNTS 18 - 24**
(Receipt of Child Pornography – Digital Material)

On or about the dates set forth below, in the State and District of Minnesota, the defendant,

**DANNY JAMES HEINRICH,**

did knowingly receive any child pornography that has been shipped and transported in interstate and foreign commerce by any means, including by computer, and include, and are not limited to, the specific images referenced herein, to wit:

| Count | Date | File |
|---|---|---|
| 18 | May 31, 2009 | pq6.jpg.jpg |
| 19 | July 20, 2009 | sd22.jpg |
| 20 | August 13, 2009 | raw115.jpg |
| 21 | August 14, 2009 | 357.jpg.jpg |
| 22 | August 16, 2009 | cas56.jpg |
| 23 | August 17, 2009 | faw6.jpg.jpg |
| 24 | March 1, 2014 | lod398.jpg |

all in violation of Title 18, United States Code, Sections 2252A(a)(2)(A); 2252A(b)(1) and 2256(8)(A).

**COUNT 25**
(Possession of Child Pornography – Victim under 12 – Printed Material)

On or about July 28, 2015, in the State and District of Minnesota, the defendant,

**DANNY JAMES HEINRICH,**

did knowingly possess and access with intent to view any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child

pornography that involved a prepubescent minor who had not attained 12 years of age that has been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer and that was produced using materials that have been mailed and shipped and transported in and affecting interstate and foreign commerce by any means including by computer, and include, and are not limited to, the following image: 357.jpg.jpg

all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B); 2252A(b)(2) and 2256(8)(A).

## FORFEITURE ALLEGATIONS

Counts 1 through 25 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

As a result of the foregoing offenses, the defendant,

**DANNY JAMES HEINRICH,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction,

which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to a Gateway Desktop Computer, Model 510XL, Serial No. 1099991119.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

All in violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(a)(4)(B), 2252A(b)(1), 2252A(b)(2), and 2253A(a).

A TRUE BILL

UNITED STATES ATTORNEY FOREPERSON